IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Roberto Nava Villa, et al., | NO. C 08-04711 JW |
| Plaintiffs, | **ORDER VACATING CASE MANAGEMENT CONFERENCE; REASSIGNING CASE TO MAGISTRATE JUDGE** |
| v. | |
| Ocean Blue Sushi Club, et al., | |
| Defendants. | |

Pursuant to the parties' consent to proceed before a Magistrate Judge, (see Docket Item No. 9), the Court VACATES its May 4, 2009 Case Management Conference and ORDERS the Clerk of Court to reassign this case to a Magistrate Judge pursuant to 28 U.S.C. § 636(c).

Dated: April 29, 2009

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Adam Wang adamqwang@gmail.com
Adam Lee Pedersen alpedersen@gmail.com
Susan E. Bishop sbishop@prattattorneys.com

**Dated:  April 29, 2009**                         **Richard W. Wieking, Clerk**

                                                **By:     /s/ JW Chambers**
                                                     **Elizabeth Garcia**
                                                     **Courtroom Deputy**

**United States District Court**
For the Northern District of California