**\*E-Filed 6/24/09\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROBERTO NAVA VILLA and RAFAEL FLORES, individually and on behalf of others similarly situated,<br><br>　　　　Plaintiffs,<br>v.<br><br>OCEAN BLUE SUSHI CLUB, SUNG HO PARK, MJJS CORPORATION, and DOES 1 through 10,<br><br>　　　　Defendants.　　　　　　　　　　　　　／ | No. 5:08 CV 4711 RS<br><br>**ORDER RE: SETTLEMENT; STAND-BY ORDER TO SHOW CAUSE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

　　The Court has been informed that the above-entitled action is settling. The parties are required to file a stipulation of dismissal by **August 19, 2009**. If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **August 26, 2009, at 9:30 a.m.** and show cause why the case should not be dismissed.

　　Failure to comply with this Order may result in dismissal of the case.

1    IT IS SO ORDERED.

3  Dated:  6/24/09

_____
RICHARD SEEBORG
United States Magistrate Judge

28  CASE NO. 5:08 CV 4711 RS
ORDER RE: SETTLEMENT; STAND-BY ORDER TO SHOW CAUSE

United States District Court
For the Northern District of California