```
ADAM WANG, Bar No. 201233
ADAM PEDERSEN, Bar No. 261901
LAW OFFICES OF ADAM WANG
12 South First Street, Suite 708
San Jose, CA 95113
Tel: (408) 292-1040
Fax: (408) 416-0248
adamqwang@gmail.com
```

*E-Filed 8/24/09*
*E-Filed 8/24/09*

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

FOR NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NAVA VILLA, et. al.,<br><br>    Plaintiffs,<br><br>vs.<br><br>OCEAN BLUE SUSHI CLUB, et. al.,<br><br>    Defendants | Case No.: 5:08 CV 4711 RS<br><br>STIPULATION TO DISMISS WITH PREJUDICE & [PROPOSED] ORDER THEREON |

Plaintiffs and Defendants, through their respective counsel, hereby stipulate as follows:

1. Parties have reached a settlement with respect to all claims of the Plaintiffs against all Defendants in this case.

2. As such, parties hereby stipulate to dismiss this action in its entirety with prejudice.

3. The Parties stipulate that this Court should retain its jurisdiction over this case for the purpose of enforcing the settlement agreement.

RESPECTFULLY SUBMITTED,

Dated: July 30, 2009         By:   /s/ Adam Pedersen
                                   ADAM PEDERSEN
                                   Attorney for Plaintiffs

                                      1                    5:08 CV 4711 RS
STIPULATION TO DISMISS
Nava Villa v. Ocean Blue Sushi Club, et al.

1

2  Dated: July 30, 2009

3

4                                            By: _____
                                                  Susan Bishop
5                                                 Attorney for Defendants

6

7  _____

8  [PROPOSED] ORDER

9  Pursuant to party's stipulation, IT IS SO ORDERED.

10
                August 24
11  Dated: _____, 2009          _____
                                          Hon. R. Seeborg
12                                        United States Magistrate Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

STIPULATION TO DISMISS                        2                    5:08 CV 4711 RS
Nava Villa v. Ocean Blue Sushi Club, et al.